**In re SHAUN T.**

Supreme Judicial Court of Maine.

Argued Sept. 10, 1986.
Decided March 4, 1987.

Christopher C. Leighton (orally), Asst. Atty. Gen., Augusta, for appellant.

Berman, Simmons & Goldberg, Michael Welch (orally), Lewiston, for Mother.

Weston Baker (orally), Lewiston, guardian ad litem.

Before NICHOLS, ROBERTS, WATHEN, GLASSMAN, SCOLNIK and CLIFFORD, JJ.

MEMORANDUM OF DECISION.

Judgment of the District Court AFFIRMED by an evenly divided Court.